UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

MICHAEL A. FLEMING,

        Plaintiff,

Case No. 1:23-cv-285

v.

Honorable Ray Kent

MICHIGAN DEPARTMENT OF
CORRECTIONS et al.,

        Defendants.
_____/

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's complaint is **DISMISSED WITH PREJUDICE** on grounds of immunity and for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated:  April 5, 2023

/s/ Ray Kent
Ray Kent
United States Magistrate Judge